**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
August 1, 2012

Lyle W. Cayce
Clerk

No. 11-60538
Summary Calendar

AZMI HAKIM,

Petitioner

v.

ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A040 175 173

Before  WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:*

We previously remanded this case so that the Board of Immigration Appeals (BIA) could consider whether Azmi Hakim had shown that the government of Israel would be "willfully blind" to his alleged torture by Muslims, as required for relief under the Convention Against Torture. *Hakim v. Holder*, 628 F.3d 151, 155-57 (5th Cir. 2011) (*Hakim I*).  On remand, the BIA concluded that Hakim had not shown willful blindness.  Hakim has filed a petition for review.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-60538

As Hakim is removable for having committed an aggravated felony, we have jurisdiction only to determine whether the BIA applied the proper legal standard or to consider other legal or constitutional issues. *See Hakim I*, 628 F.3d at 154-55. Although Hakim purports to challenge the BIA's standard of review, he is merely attempting to couch in legal terms his factual contentions that he adequately established the requisite likelihood of torture. The BIA applied the correct legal standard, and Hakim fails to identify any other legal or constitutional issue over which we have jurisdiction. The petition for review is DENIED.